UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER DELGADO,<br><br>    Plaintiffs,<br><br>    v.<br><br>ROBERT BONTA, et al.,<br><br>    Defendants. | No. 2:22-cv-02139 AC<br><br><br>ORDER |

    The parties have consented to the jurisdiction of the undersigned for all purposes in this case. ECF No. 10. On December 30, 2022, defendants filed a motion to dismiss. ECF No. 6. The hearing is set for February 8, 2023 at 10:00 a.m. in Courtroom 26 before the undersigned. Id. Plaintiff has not responded to the motion.

    Local Rule 230(c) provides that opposition to the granting of a motion must be filed fourteen days after the motion is filed. The Local Rule further provides that "[n]o party will be entitled to be heard in opposition to a motion at oral arguments if written opposition to the motion has not been timely filed by that party." In addition, Local Rule 230(j) provides that failure to appear may be deemed withdrawal of opposition to the motion or may result in sanctions. Finally, Local Rule 110 provides that failure to comply with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

1 | Good cause appearing, IT IS HEREBY ORDERED that plaintiff shall file an opposition – or a Statement of Non-Opposition – to the motion no later than **January 23, 2023**.  <u>Failure to file an opposition will be deemed a statement of non-opposition and shall result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute</u>.

DATED: January 17, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE